UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OWNERS INSURANCE COMPANY,

    Plaintiff,

v.       Case No:   6:15-cv-1141-Orl-41TBS

SARAH V. KIAH, REBECCA LABONTE,
CHRISTOPHER LABONTE and M.G.M.
CONTRACTING, INC.,

    Defendants.

## ORDER

Plaintiff instituted this action to determine coverage under an insurance policy (Doc. 1).   The filing of the lawsuit prompted the entry of a Related Case Order and Track Two Notice (Doc. 7).   The Related Case Order requires counsel and unrepresented parties to meet within 60 days after service of the complaint on any Defendant for the purpose of preparing a case management report (Id.).   Defendant MGM Contracting, Inc. was served on July 24, 2015 (Doc. 17, ¶ 2).   Accordingly, September 22, 2015 is the deadline to conduct the case management conference.

The complaint failed to allege Plaintiff's state of incorporation or where it maintains its principal place of business (Id.).   The complaint also failed to allege the citizenship of the individual Defendants, or the location of Defendant MGM Contracting, Inc.'s principal place of business (Id.).   After reviewing the complaint, the Court entered an Order to show cause why the case should not be dismissed for lack of subject matter jurisdiction (Doc. 12).   On September 1, 2015, Plaintiff filed an amended complaint to address and alleviate the Court's concerns (Doc. 14).

Pending before the Court is Plaintiff's Unopposed Motion for Extension of Time to Conduct Case Management Meeting and Motion to Conduct Meeting via Telephone (Doc. 17). The motion suggests that the deadline to hold the case management conference should be extended 30 days to allow service of the amended complaint on all Defendants (Id., ¶ 12). The Related Case Order makes clear that the case management conference must be held within 60 days after service of the complaint on any Defendant. And, amendment of the complaint is not a concern because the substance of Plaintiff's cause of action did not change. So, the Court does not understand why amendment of the complaint is good grounds to extend the time to hold the case management conference. Accordingly, this part of the motion is **DENIED**.

Plaintiff also asks that the parties be allowed to conduct the case management conference telephonically, which should save the parties and counsel time and money (Id., ¶¶ 13-15). This part of the motion is **GRANTED**. Counsel and unrepresented parties may conduct the case management conference telephonically.

**DONE** and **ORDERED** in Orlando, Florida on September 11, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties